**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**SANDRO MAYORAL-CLIMICO et al.,**

                 **Plaintiffs,**

      - against -

**PAPA FRESH, INC. et al.,**

                 **Defendants.**
────────────────────────────────────

**16 Civ. 7079 (JGK)**

**ORDER**

**JOHN G. KOELTL, District Judge:**

    The Court has reviewed the Report and Recommendation of Magistrate Judge Fox dated October 23, 2020. Docket No. 110. Following an inquest on damages, the Magistrate Judge found that the defendants were liable to the plaintiffs for the amounts specified on page 15 of the Report and Recommendation. The Magistrate Judge also found that the plaintiffs' motion for attorney's fees should be granted in the amounts also specified on page 15 of the Report and Recommendation.

    No objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the detailed Report and Recommendation is well reasoned and correct and should be adopted. The Court therefore adopts the Report and Recommendation. The Clerk is directed to enter judgment in favor of the plaintiffs and against the defendants in the amounts specified on page 15 of the Report

and Recommendation. The Clerk is also directed to close all pending motions and to close this case.

**SO ORDERED.**

**Dated:     New York, New York
            December 10, 2020**

                                                                       **/s/ John G. Koeltl**
                                                                          **John G. Koeltl
United States District Judge**