**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
SANDRO MAYORAL-CLIMICO et al.,

                    Plaintiffs,                   16 **CIVIL** 7079 (JGK)

        -against-                           **JUDGMENT**

PAPA FRESH INC., et al.,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 10, 2020, no objections have been filed to the Report and Recommendation, and the time for any objections has passed. In any event, the Court finds that the detailed Report and Recommendation is well reasoned and correct and is therefore adopted. Judgment is entered in favor of the plaintiffs and against the defendants as follows: (1) $15,487 to Mayoral-Climico, $103,020 to Sanchez Andrade and $37,281 to Molina Medel; (2) the plaintiffs' motion for attorney's fees is granted in the amount of $41,330 and $1,674 in costs and expenses; accordingly, the case is closed.

**Dated:**  New York, New York
         December 11, 2020

                                           **RUBY J. KRAJICK**

                                           **Clerk of Court**

                    **BY:**      K. mango

                                           **Deputy Clerk**